THE STATE OF OHIO, APPELLEE, *v.* NIEHEISEL, APPELLANT.

[Cite as *State v. Nieheisel* (1997), 79 Ohio St.3d 1215.]

(No. 96–915—Submitted May 21, 1997—Decided July 30, 1997.)

---

*Donald W. White,* Clermont County Prosecuting Attorney, and *David Henry Hoffmann,* Assistant Prosecuting Attorney, for appellee.

*Rosenhoffer, Nichols & Schwartz* and *Gary A. Rosenhoffer,* for appellant.

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.